UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No.: **1:25-cv-12206-AK**

Luis Alberto Esteban Méndez )
A209 827 315 )
)
)
v. )
)
Hyde, et al. )

## STATUS UPDATE

1. On 9/8/2025, Petitioner filed a Motion to Expedite with the Board of Immigration Appeals (BIA) for a decision on Petitioner's Motion to Reconsider and Emergency Motion to Vacate Stay;

2. The Board has not acted on the Motion to Expedite or the 2 underlying motions. As of this date, there are 3 motions pending as well as the Appeal;

3. In addition, Petitioner has a scheduled Trial at the Malden District Court on November 12th, 2025, regarding the pending criminal case;

4. Petitioner is now eligible to apply for Adjustment of Status to Permanent Residence based upon the approved Special Immigrant Juvenile case. The Individual Hearing is scheduled for December 17th, 2025, before Immigration Judge Cho;

5. Once again, Petitioner is requesting his immediate release to prepare for the criminal case and to show that he is deserving of a positive grant of discretion for the Permanent Residence case.

Respectfully submitted this 14th day of October 2025.

_____
Nancy B. Norman, Esq.
BBO#: 545396
Horrigan and Norman, LLC.
330 Lynnway, Suite 111
Lynn, MA 01901
781-592-4666
nancy@horrigannorman.com

## Certificate of Service

I, Nancy B. Norman, Attorney for the Petitioner, certify that I have served a true copy of the within documents to the following:

Office of the United States Attorney – District of MA
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

ICE Enforcement & Removal Operations
Boston Field Office
1000 District Avenue
Burlington, MA 01803

Via ECF on this 14th day of October 2025.

Nancy B. Norman, Esq.
BBO#: 545396
Horrigan and Norman, LLC.
330 Lynnway, Suite 111
Lynn, MA 01901
781-592-4666
nancy@horrigannorman.com