UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Luis Alberto Esteban Mendez, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>Patricia Hyde, et al, )<br>)<br>Respondent (s) )<br>) | Civil Action No. 25-cv-12206-AK |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 28] entered on 12/1/2025 it is hereby

**ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.

Dated: 12/1/2025                                                    By the Court,

                                                                   /s/ Courtney Horvath
                                                                   Deputy Clerk